AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the

EASTERN District of NORTH CAROLINA

FILED IN OPEN COURT
ON  5/21/26  KN
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.   5:26-MJ-1768-JG |
| | ) |
| Zananii Hosang | ) Charging  District: Middle District of Georgia |
| *Defendant* | ) Charging  District's Case No. 3:26-CR-8-TES-CH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | | |
|---|---|---|
| Place: | Georgia Middle District Court<br>William Augustus Bootle Federal Building<br>United States Courthouse<br>4th Floor<br>475 Mulberry Street<br>Macon, GA 31201 | Courtroom No.:  4th Floor Courtroom before U.S.<br>Magistrate Judge Charles Weigle |
| | | Date and Time:  6/3/2026 at 2:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  21 MAY 2026

_____
*Judge's signature*

JAMES E. GATES,   U.S. MAGISTRATE JUDGE
*Printed name and title*